UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CATEGORY 5 STEEL, INC. a Washington Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MESA UNDERWRITING SPECIALTY INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　　　　Defendant, | NO. 2:18-CV-0121-TOR<br><br>ORDER GRANTING DISMISSAL OF ALL PLAINTIFF'S CLAIMS WITH PREJUDICE |

BEFORE THE COURT is the Parties' Stipulated Motion for an Order of Dismissal (ECF No. 11). The Parties stipulate and agree that this action should be dismissed with prejudice and without an award of costs or attorneys' fees. ECF No. 11 at 1. Having reviewed the file and the records therein, the Court is fully informed. Pursuant to Federal Rule of Civil Procedure 41(a) and for good cause shown, the Motion (ECF No. 11) is **granted**.

ORDER GRANTING DISMISSAL OF ALL PLAINTIFF'S CLAIMS WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to the parties' stipulation, all claims by Plaintiff against Defendant are hereby **DISMISSED** with prejudice and with the parties bearing their own costs and attorneys' fees.

The District Court Executive is hereby directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 24, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING DISMISSAL OF ALL PLAINTIFF'S CLAIMS WITH PREJUDICE ~ 2