# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CATEGORY 5 STEEL, INC. a Washington Corporation,<br><br>*Plaintiff*<br>v.<br><br>MESA UNDERWRITING SPECIALTY INSURANCE COMPANY, a foreign corporation,<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 2:18-CV-0121-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: All claims by Plaintiff against Defendant are hereby DISMISSED with prejudice and with the parties bearing their own costs and attorneys' fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on a stipulated motion to dismiss ECF No. 11.

Date: August 24, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen